# U.S. District Court
## Northern District of Georgia (Atlanta)
## CRIMINAL DOCKET FOR CASE #: 1:17–cr–00428–MHC–RGV–7

Case title: USA v. Miller et al

Date Filed: 12/05/2017

Date Terminated: 03/19/2019

Assigned to: Judge Mark H. Cohen
Referred to: Magistrate Judge Russell G. Vineyard

### Defendant (7)

**Rhaine Yamabushi**
*TERMINATED: 03/19/2019*
*also known as*
Marchelle Mathis
*TERMINATED: 03/19/2019*

represented by **Robert Alan Glickman**
Office of Robert A. Glickman
3151 Maple Drive, N.E.
Atlanta, GA 30305
404–668–5177
Fax: 404–365–4901
Email: glickmanatlaw@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Stephen Patrick Johnson**
Federal Defender Program Inc. – Atl
Centennial Tower
101 Marietta Street, NW
Suite 1500
Atlanta, GA 30303
404–688–7530
Fax: 404–688–0768
Email: stephen_johnson@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1349.F ATTEMPT AND CONSPIRACY TO COMMIT BANK FRAUD (1) | CBOP: 1 YEAR AND 1 DAY SR: 3 YEARS SA: $100 RESTITUTION: $164,995 2/26/2025: IMPRISONMENT 3 MONTHS with 3 YEARS Supervised Release to Follow |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:1344(1) and Section 2.F BANK FRAUD (2–3) | DISMISSED PURSUANT TO SO: 07–04 |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                              **Disposition**

None

___

**Plaintiff**

**USA**                          represented by **Samir Kaushal**
Office of the United States
Attorney–ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404–581–6000
Email: samir.kaushal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**John Shantanu Ghose**
Northern District of Georgia
100 Galleria Parkway
Ste 1600
Atlanta, GA 30339
678–996–9079
Email: jghose@bakerdonelson.com
*TERMINATED: 05/07/2020*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2018 | 78 | FIRST SUPERSEDING INDICTMENT WITH FORFEITURE PROVISION as to Michael Miller (1) as to counts 1s, 2s–6s; Eric Farrington, III (3) as to counts 1s, 9 and Melvin Goode Wentt (4) as to counts 1s, 7s–8s, and Rhaine Yamabushi (7) counts 1, 2–3. (jkl) Modified on 6/12/2018 (jkl). Modified on 6/26/2018 to correct defendant's name (btql). (Entered: 06/07/2018) |
| 06/05/2018 | 87 | Defendant Information Sheet as to Rhaine Yamabushi. (jkl) (Entered: 06/07/2018) |
| 06/05/2018 | 88 | Praecipe filed. Arrest Warrant Issued by Magistrate Judge Justin S. Anand as to Rhaine Yamabushi. Delivered to USM on 6/6/2018. (jkl) (Entered: 06/07/2018) |
| 07/08/2018 | 99 | Sentencing Memorandum as to Vladimir Marcellus filed by Vladimir Marcellus (McCalep, Timothy) Modified on 7/10/2018 to edit text (btql). (Entered: 07/08/2018) |
| 08/27/2018 | 112 | Rule 5(c)(3) Documents Received from USDC for the District of Maryland as to Rhaine Yamabushi. (Attachments: # 1 Waiver, # 2 Order of Detention Pending Trial, # 3 Order Appointing Counsel, # 4 Docket sheet)(hfm) (Entered: 08/27/2018) |
| 08/28/2018 | 114 | ARREST Warrant Returned Executed on 8/23/18 as to Rhaine Yamabushi. (hfm) (Entered: 08/29/2018) |
| 08/30/2018 | 115 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Colin Garrett (IA ONLY) as to Rhaine Yamabushi. Signed by Magistrate Judge John K. Larkins, III on 8/30/18. (hfm) (Entered: 08/31/2018) |
| 08/30/2018 | 116 | ORDER appointing Robert Alan Glickman for Rhaine Yamabushi. Signed by Magistrate Judge John K. Larkins, III on 8/30/18. (hfm) (Entered: 08/31/2018) |
| 08/30/2018 | 117 | Minute Entry for proceedings held before Magistrate Judge John K. Larkins, III: INITIAL APPEARANCE, ARRAIGNMENT, PLEA of NOT GUILTY by Rhaine Yamabushi (7) to Counts 1,2–3. (Attachments: # 1 PLEA (With Counsel) (Court Reporter FTR) (hfm) (Entered: 08/31/2018) |

| | | |
|---|---|---|
| 09/04/2018 | 118 | PRETRIAL SCHEDULING ORDER as to Rhaine Yamabushi. Pretrial Conference set for 9/19/2018 at 03:30 PM in ATLA Courtroom 2022 before Magistrate Judge Russell G. Vineyard. Signed by Magistrate Judge Russell G. Vineyard on 9/4/18. (hfm) (Entered: 09/04/2018) |
| 09/06/2018 | 120 | MOTION to Continue motions deadline and pretrial conference by Rhaine Yamabushi. (Attachments: # 1 Text of Proposed Order) (Glickman, Robert) (Entered: 09/06/2018) |
| 09/10/2018 | 121 | ORDER granting 120 Motion for Continuance of Pretrial Conference as to Rhaine Yamabushi (7). All pretrial motions are due by October 15, 2018. Pretrial Conference re–set for 10/16/2018 at 01:30 PM in ATLA Courtroom 2022 before Magistrate Judge Russell G. Vineyard. The period between the date of the scheduled pretrial conference, September 19, 2018, and the rescheduled date of the pretrial conference, October 16, 2018, shall be excluded pursuant to the Speedy Trial Act. Signed by Magistrate Judge Russell G. Vineyard on 9/10/18. (hfm) (Entered: 09/10/2018) |
| 10/10/2018 | 127 | Second MOTION to Continue filing of pre–trial motions and the pre–trial conference by Rhaine Yamabushi. (Attachments: # 1 Text of Proposed Order) (Glickman, Robert) (Entered: 10/10/2018) |
| 10/15/2018 | 128 | ORDER GRANTING 127 Motion for Continuance of Pretrial Conference and to File Pretrial Motions as to Rhaine Yamabushi (7). Pretrial Conference rescheduled for 11/21/2018 at 09:30 AM in ATLA Courtroom 2022 before Magistrate Judge Russell G. Vineyard. All pretrial motions are due 11/20/2018. Time excluded between the date of 10/16/2018 and 11/21/2018 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). Signed by Magistrate Judge Russell G. Vineyard on 10/15/2018. (btql) (Entered: 10/15/2018) |
| 10/16/2018 | 129 | Notice for Leave of Absence for the following date(s): 12/25/2018 through 1/9/2019, by Samir Kaushal. (Kaushal, Samir) Text modified on 10/17/2018 (btql). (Entered: 10/16/2018) |
| 10/23/2018 | | NOTICE OF HEARING RESET as to Rhaine Yamabushi. ** Please Note New Date and Time*** Pretrial Conference set for 11/20/2018 at 09:30 AM in ATLA Courtroom 2022 before Magistrate Judge Russell G. Vineyard. (aez) (Entered: 10/23/2018) |
| 11/18/2018 | 132 | Notice for Leave of Absence for the following date(s): February 15– February 22, 2019; April 1–5, 2019; June 10–21, 2019; September 30, 2019; October 9, 2019; December 23, 2019 – January 10, 2020, by Robert Alan Glickman. (Glickman, Robert) (Entered: 11/18/2018) |
| 11/21/2018 | 133 | ORDER CERTIFYING CASE READY FOR TRIAL as to Michael Miller, Melvin Goode Wentt, Rhaine Yamabushi. Signed by Magistrate Judge Russell G. Vineyard on 11/21/2018. (btql) (Entered: 11/21/2018) |
| 11/26/2018 | 134 | MOTION for Bond by Rhaine Yamabushi. (Glickman, Robert) (Entered: 11/26/2018) |
| 11/26/2018 | | NOTICE Setting Case for Tender of Plea as to Rhaine Yamabushi. A Tender of Plea Hearing is set for 12/5/2018 at 09:00 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. (rvb) (Entered: 11/26/2018) |
| 11/27/2018 | | NOTICE Re–Setting Case for Tender of Plea as to Rhaine Yamabushi.The Tender of Plea Hearing is re–set for 12/6/2018 at 09:30 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. (rvb) (Entered: 11/27/2018) |
| 12/04/2018 | 138 | Notice for Leave of Absence for the following date(s): 5/27/2019 to 6/12/2019, by Samir Kaushal. (Kaushal, Samir) Text modified on 12/6/2018 (btql). (Entered: 12/04/2018) |
| 12/06/2018 | 139 | Minute Entry for proceedings held before Judge Leigh Martin May: Change of Plea Hearing as to Rhaine Yamabushi. Defendant was sworn, advised of rights, and a guilty plea was entered as to count one of the Superseding Indictment. The Court accepted the plea as knowingly and voluntarily entered. Sentencing is set for February 14, 2019 at 10:00 a.m. Sentencing memorandum and any other information that a party wants the Court to consider in connection with the sentencing must be submitted to the Court and served on opposing counsel 5 business days before the sentencing hearing. A party who intends to present evidence at the sentencing hearing shall advise the Court and opposing counsel of the identity of each witness and the estimated length of the |

| | | testimony for each witness 3 business days before the sentencing hearing. It is not necessary that such notice be provided for general character witnesses. The Court referred Defendant's Motion for Bond 134 to Magistrate Judge Larkins for a hearing. (Attachments: # 1 Guilty Plea and Plea Agreement) (Court Reporter Montrell Vann) (btql) (Entered: 12/06/2018) |
|---|---|---|
| 12/06/2018 | 140 | NOTICE OF SENTENCING as to Rhaine Yamabushi. Sentencing set for 2/14/2019 at 10:00 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. (btql) (Entered: 12/06/2018) |
| 12/06/2018 | | Submission of 134 MOTION for Bond as to Rhaine Yamabushi to Magistrate Judge John K. Larkins. (btql) (Entered: 12/06/2018) |
| 12/06/2018 | 141 | Minute Entry for proceedings held before Magistrate Judge John K. Larkins, III: Bond Hearing as to Rhaine Yamabushi (7). 134 Motion for Bond is GRANTED. Bond (Non−Surety) set at $50,000. (Tape #FTR) (btql) (Entered: 12/07/2018) |
| 12/06/2018 | 142 | Non−surety Bond Entered as to Rhaine Yamabushi in amount of $ 50,000. (btql) (Entered: 12/07/2018) |
| 12/06/2018 | 143 | ORDER Setting Conditions of Release as to Rhaine Yamabushi. Signed by Magistrate Judge John K. Larkins, III on 12/6/2018. (btql) (Entered: 12/07/2018) |
| 12/20/2018 | | NOTICE OF RESCHEDULING SENTENCING as to Rhaine Yamabushi.The Sentencing is re−set for 3/18/2019 at 02:00 PM in ATLA Courtroom 2107 before Judge Leigh Martin May. (rvb) (Entered: 12/20/2018) |
| 12/20/2018 | 145 | TRANSCRIPT of Guilty Plea Proceedings as to Rhaine Yamabushi held on 12/6/2018, before Judge Leigh Martin May. Court Reporter Montrell Vann, Telephone number 404−215−1549. Transcript can be purchased through the Court Reporter. Redaction Request due 1/10/2019. Redacted Transcript Deadline set for 1/22/2019. Release of Transcript Restriction set for 3/20/2019. (Attachments: # 1 Appendix Notice of Filing of Transcript) (mv) (Entered: 12/20/2018) |
| 03/10/2019 | 148 | Sentencing Memorandum as to Rhaine Yamabushi filed by Rhaine Yamabushi (Glickman, Robert) (Entered: 03/10/2019) |
| 03/11/2019 | 149 | Sentencing Memorandum as to Rhaine Yamabushi filed by USA (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Kaushal, Samir) (Entered: 03/11/2019) |
| 03/19/2019 | 151 | Minute Entry for proceedings held before Judge Leigh Martin May: Sentencing hearing (Non−evidentiary) held as to Rhaine Yamabushi. The Court adopted the Presentence Report and made it the findings of the Court subject to the rulings on Defendant's objections. The Court sustained Defendant's objections as to loss amount and restitution. The Court overruled Defendant's objection as to the application of the two level enhancement for Defendant's role in the offense. The Court heard from Government's and Defendant's counsel. The Court pronounced the sentence as to count 1 of the Superseding Indictment as CBOP one (1) year and one (1) day, three (3) years supervised release with standard and special conditions, no fine, restitution in the amount of $164,995 to be paid jointly and severally with co−defendants Giovanni Cartier (1:17− CR−428−LMM−2) and Vladimir Marcellus (1:17−CR−428−LMM−6), and a special assessment of $100. The Court inquired about objections to the sentence. Government's and Defendant's counsel did not object. The Court advised Defendant of her right to appeal her sentence. Hearing Concluded. (Court Reporter Monty Vann) (bnw) (Entered: 03/19/2019) |
| 03/19/2019 | 152 | JUDGMENT AND COMMITMENT as to Rhaine Yamabushi (7), Count 1, CBOP: 1 YEAR AND 1 DAY SR: 3 YEARS SA: $100 RESTITUTION: $164,995; Count(s) 2−3, DISMISSED PURSUANT TO SO: 07−04. The Court recommends that the defendant be incarcerated at a facility in Florida to be close to her family. The defendant shall voluntarily surrender to the United States Marshal for this district or report to the designated facility for service of sentence as directed by the United States Marshal. Signed by Judge Leigh Martin May on 3/19/19. −−Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist−− (bnw) (Entered: 03/19/2019) |
| 04/01/2019 | 153 | NOTICE OF ATTORNEY APPEARANCE John Shantanu Ghose appearing for USA. *as co−counsel* (Ghose, John) (Entered: 04/01/2019) |

| | | |
|---|---|---|
| 04/24/2019 | 166 | ORDER granting the Government's Motion to Unseal Defendant Giovanni Cartier's Plea Agreement 164 . Additionally, the Court will unseal Defendant Cartier's April 18, 2018 plea hearing. Signed by Judge Leigh Martin May on 04/24/2019. (rvb) (Entered: 04/24/2019) |
| 04/26/2019 | | Documents 172–179 are sealed. (ddm) (Entered: 04/26/2019) |
| 04/26/2019 | | Documents 183–184 are sealed. (ddm) (Entered: 04/26/2019) |
| 04/30/2019 | | Documents 186–187 are sealed. (ddm) (Entered: 04/30/2019) |
| 05/01/2019 | | Documents 189–190 are sealed. (ddm) (Entered: 05/01/2019) |
| 05/01/2019 | | Documents 192–193 are sealed. (ddm) (Entered: 05/01/2019) |
| 05/02/2019 | 194 | Notice for Leave of Absence for the following date(s): 07/15/2019, 07/16/2019, 07/17/2019, 07/18/2019, 07/19/2019, 07/22/2019, 07/23/2019, 07/24/2019, 07/25/2019, 07/26/2019,, by John Shantanu Ghose. (Ghose, John) (Entered: 05/02/2019) |
| 05/07/2019 | | Document 203 is sealed. (ddm) (Entered: 05/07/2019) |
| 05/29/2019 | 225 | NOTICE OF VOLUNTARY SURRENDER/REPORTING INFORMATION by USM as to Rhaine Yamabushi. Defendant is directed to report to FCI Coleman Medium SCP on NOON, June 20, 2019 to begin service of sentence. Reg. No. 64228–037. (tcc) (Entered: 05/30/2019) |
| 06/24/2019 | 231 | –––DOCUMENT FILED IN ERROR: Refiled at 232 ––– NOTICE OF ATTORNEY APPEARANCE Timothy McCalep appearing for USA. *Eric Farrington* (McCalep, Timothy) Modified on 7/16/2019 to edit text. (aaq). (Entered: 06/24/2019) |
| 04/01/2020 | 297 | Amended General Order 20–01 re COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 3/30/20. as to Michael Miller, Giovanni Cartier, Eric Farrington, III, Melvin Goode Wentt, Kirk Evans, Vladimir Marcellus, Rhaine Yamabushi (rvb) (ADI) (Entered: 04/01/2020) |
| 05/07/2020 | 303 | NOTICE *of Withdrawl of AUSA* as to Michael Miller, Giovanni Cartier, Eric Farrington, III, Melvin Goode Wentt, Kirk Evans, Vladimir Marcellus, Rhaine Yamabushi filed by USA (Ghose, John) (Entered: 05/07/2020) |
| 05/07/2020 | | Attorney update in case as to Michael Miller, Giovanni Cartier, Eric Farrington, III, Melvin Goode Wentt, Kirk Evans, Vladimir Marcellus, Rhaine Yamabushi. Attorney John Shantanu Ghose terminated. (tmf) (Entered: 05/07/2020) |
| 01/22/2021 | 318 | Notice for Leave of Absence for the following date(s): 7/9, 7/12–7/16, 7/19 and 7/20/2021, by Samir Kaushal. (Kaushal, Samir) (Entered: 01/22/2021) |
| 04/02/2021 | 321 | Petition for Warrant and Order to Show Cause why Supervised Release should not be Revoked as to Rhaine Yamabushi. Signed by Judge Leigh Martin May on 4/1/2021. (adg) (Entered: 04/02/2021) |
| 04/02/2021 | | Document 321 is sealed. (adg) (Entered: 04/02/2021) |
| 04/16/2021 | 322 | ORDER OF RECUSAL in case as to Rhaine Yamabushi Judge Leigh Martin May recused. Case reassigned to Judge Mark H. Cohen for all further proceedings Signed by Judge Leigh Martin May on 4/16/2021. (tmf) (Entered: 04/16/2021) |
| 01/24/2025 | 354 | Rule 5(c)(3) Documents Received from USDC Western District of North Carolina as to Rhaine Yamabushi. (Attachments: # 1 Warrant, # 2 Waiver of Preliminary Hearing, # 3 Waiver of Identity Hearing, # 4 Commitment to Another District)(tas) (Entered: 01/29/2025) |
| 01/30/2025 | 355 | MOTION for Detention by USA as to Rhaine Yamabushi. (Kaushal, Samir) (Entered: 01/30/2025) |
| 01/30/2025 | | NOTICE OF HEARING as to Rhaine Yamabushi. Detention Hearing set for 2/3/2025 at 01:00 PM in ATLA Courtroom 1879 before Magistrate Judge Regina D Cannon. (pmb) (Entered: 01/30/2025) |

| | | |
|---|---|---|
| 01/30/2025 | 356 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Stephen Patrick Johnson for Rhaine Yamabushi. Signed by Magistrate Judge Regina D Cannon on 1/30/2025. (tas) (Entered: 01/30/2025) |
| 01/30/2025 | 357 | Minute Entry for proceedings held before Magistrate Judge Regina D Cannon: Initial Appearance re Revocation of Supervised Release as to Rhaine Yamabushi held on 1/30/2025. Temporary Commitment issued. Remanded to USM. (Tape #FTR) (tas) (Entered: 01/30/2025) |
| 01/30/2025 | 358 | WAIVER of Preliminary Hearing by Rhaine Yamabushi. (tas) (Entered: 01/30/2025) |
| 01/30/2025 | 359 | Order of Temporary Detention pursuant to Bail Reform Act by Judge Regina D. Cannon as to Rhaine Yamabushi. Detention Hearing set for 2/3/2025 at 01:00 PM in ATLA Courtroom 1879 before Magistrate Judge Regina D Cannon. (tas) (Entered: 01/30/2025) |
| 01/31/2025 | 360 | Notice for Leave of Absence for the following date(s): Friday, February 28, 2025 through, and including, Thursday, March 6, 2025, by Stephen Patrick Johnson. (Johnson, Stephen) (Entered: 01/31/2025) |
| 02/03/2025 | 361 | Minute Entry for proceedings held before Magistrate Judge Regina D Cannon: Detention Hearing as to Rhaine Yamabushi. (Tape #FTR) (bgt) Modified on 2/4/2025 (bgt). (Entered: 02/04/2025) |
| 02/03/2025 | 362 | ORDER OF DETENTION Pending Final Hearing on Petition for Revocation of Supervised Release by Judge Regina D. Cannon as to Rhaine Yamabushi. (bgt) (Entered: 02/04/2025) |
| 02/04/2025 | | NOTICE OF RESCHEDULING HEARING as to Rhaine Yamabushi. Final Hearing re Revocation of Supervised Release RESET from March 3rd, 2025, to Wednesday, February 26, 2025 at 9:00 AM in ATLA Courtroom 1905 before Judge Mark H. Cohen. (lme) (Entered: 02/04/2025) |
| 02/06/2025 | 363 | Arrest Warrant Returned Executed on 1/17/2025 as to Rhaine Yamabushi. (gww) (Entered: 02/06/2025) |
| 02/18/2025 | | Document 364 is sealed. (jbu) (Entered: 02/18/2025) |
| 02/26/2025 | 365 | Minute Entry for proceedings held before Judge Mark H. Cohen: Hearing re Revocation of Supervised Release as to Rhaine Yamabushi. Supervised release revocation hearing held. Defendant admits to the violations in the petition. Counsel presented arguments regarding a reasonable sentence. Judge gave the defendant the right of allocution. Defendant made a statement on her behalf. The Court finds that defendant did violate conditions of supervised release. Court finds supervised release is revoked. See order for details. 3553 factors given. Appeal rights given. (Court Reporter Judith Wolff) (dgr) (Entered: 02/26/2025) |
| 02/26/2025 | 366 | ORDER Revoking Supervised Release as to Rhaine Yamabushi (7). IMPRISONMENT 3 MONTHS with 3 YEARS Supervised Release to Follow. It is further ORDERED that the Clerk deliver a copy of this order to the United States Marshal Service and the United States Probation Office. Signed by Judge Mark H. Cohen on 2/26/2025. (dgr) (Entered: 02/26/2025) |
| 03/24/2025 | 367 | Notice for Leave of Absence for the following date(s): August 28 and 29, September 1 through 5, and September 8 and 9, 2025, by Samir Kaushal. (Kaushal, Samir) (Entered: 03/24/2025) |
| 12/01/2025 | 368 | NOTICE OF FILING Affidavit of Truth – Cease and Desist as to Rhaine Yamabushi (ltt) (Entered: 12/02/2025) |
| 07/10/2026 | 369 | Supervised Release Jurisdiction Transferred to USDC Western District of North Carolina as to Rhaine Yamabushi. (fbj) (Entered: 07/13/2026) |
| 07/10/2026 | | Notice to USDC–Western District of North Carolina of a Transfer of Jurisdiction as to Rhaine Yamabushi. The following documents are available on the public docket: 152 Judgment and Commitment,, 366 Order Modifying/Revoking Supervised Release/Probation, 369 Transfer Out/Supervised Release, 78 Indictment. The clerk will transmit any restricted document via email. To request additional transfer information, please send a request to InterdistrictTransfer_GAND@gand.uscourts.gov. |

| | | (fbj) (Entered: 07/13/2026) |